EMANUEL KLEIN, Respondent, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.* — Action to recover disability benefits alleged to be due under the terms of a policy of accident and health insurance issued by defendant to plaintiff. Judgment entered on a verdict directed in favor of plaintiff, after trial at Trial Term, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

LAWYERS TRUST COMPANY, as Successor to and Substituted as Plaintiff for THE CONTINENTAL BANK AND TRUST COMPANY OF NEW YORK, as Trustee, etc., Respondent, v. 502 PARK AVENUE CORPORATION and Others, Defendants. SAMUEL HOFFMAN, Appellant.—Appeal by Samuel Hoffman from an order of the Supreme Court, New York county, denying his motion for an order deducting from the respective distributive shares to the holders of bonds of the defendant, 502 Park Avenue Corporation, other than those owned or controlled by The Tribune Corporation or the Nielmo Corporation, a certain amount to be payable to him for legal services rendered by him as counsel for certain intervenors. Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

IRENE B. CLARK and MARGARET C. CAIRNS, as Executrices, etc., of L. PIERCE CLARK, Deceased, Appellants-Respondents, v. JAMES M. TOWNSEND, Administrator c. t. a., etc., of JOHN C. TOWNSEND, Deceased, Respondent-Appellant. — Action for a balance due for professional medical services rendered by Dr. L. Pierce Clark, plaintiffs' testator, to the wife of defendant's testator. Order entered March 23, 1936, granting defendant's motion for a mistrial and to set aside the verdict of the jury in favor of plaintiffs, unanimously reversed, with costs and disbursements, the motion denied and the verdict reinstated. Order entered April 7, 1936, denying defendant's motion to dismiss complaint and for other relief, unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

BANCA COMMERCIALE ITALIANA TRUST COMPANY, Appellant, v. FREDERICK H. CLARKSON and Others, Respondents.—Action for conversion of six checks totaling $31,900. The complaint sets forth six causes of action, the first of which alleges that the plaintiff was the owner of a check in the amount of $1,100; that the same was stolen from the plaintiff by Angelo Priola, one of its employees, and deposited with defendants in a marginal trading account maintained by Priola under the name of Irma Shafflin, his wife. The second and third causes of action are similar to the first, except that they refer to other checks of $2,000 and $800, respectively. The fourth cause of action alleges that Priola forged a check in the sum of $10,000 in the name of Nicosia Brothers, a corporate depositor of plaintiff; that this check was deposited with defendants in the Irma Shafflin account. Similar transactions involving forged checks of $10,000 and $8,000, respectively, are described in the fifth and sixth causes of action. Judgment entered on a verdict for defendants, after trial at Trial Term, unanimously affirmed, with costs. No opinion. Present —Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.